UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STRIKE 3 HOLDINGS, LLC, a Delaware limited liability company,

    Plaintiff,

v.      Case No: 2:23-cv-479-JES-NPM

JOHN DOE, an individual,

    Defendant.

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe (Doc. #11) filed on September 28, 2023. No answer or motion for summary judgment has been filed by defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of September 2023.

                                        JOHN E. STEELE
                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record